AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 13, 2026*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Valentin Reaga-Martinez | ) | |
| AKA: Valentino Arriaga-Martinez, | ) | **4:26-mj-312** |
| Valentin Martinez | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 3, 2025_____ in the county of _____Harris_____ in the
_____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 8 U.S.C. § 1326(a) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Jeremiah Jensen, ICE Deportation Officer
_Printed name and title_

Sworn to me telephonically.

Date: _____05/13/2026_____

_____
_Judge's signature_

City and state: _____Houston, Texas_____

Hon. Christina A. Bryan United States Magistrate Judge
_Printed name and title_

**4:26-mj-312**

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeremiah Jensen, being duly sworn by telephone, hereby depose and say:

(1)     I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since June 01, 2025.

(2)     On December 3, 2025, ICE ERO was made aware of the unlawful presence of Valentin Reaga-Martinez, AKA: Valentino Arriaga-Martinez, and Valentin Martinez, (hereinafter Defendant), in the United States as a result of information provided by the Harris County Jail, in Harris County, TX. On May 12, 2026, the Defendant was identified as being amenable to prosecution for violation of 8 U.S.C. § 1326(a).

(3)     Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a).

(4)     Element One: The Defendant is a citizen and national of Mexico and not a native, citizen, or national of the United States.

(5)     Element Two: The Defendant has previously been deported or removed from the United States on the following occasion(s):

    a.   03/06/2014

(6)     Element Three: After deportation, the Defendant was subsequently found in the United States on or around December 03, 2025, in Harris County, Texas which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On May 12, 2026, LESC confirmed the most recent encounter occurred on or about the date referenced above.

(7)     Element Four: The Defendant did not have permission to re-enter the United States. On May 12, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.

(8)    The Defendant has the following prior criminal history and/or gang affiliation:

a.  On or around December 02, 2025, the Defendant was encountered by the Houston Police Department in Houston, Texas, and taken into custody pursuant to a warrant out of Liberty County for the offense of Aggravated Sexual Assault Against a Child. On December 05. 2025, the Defendant was arrested by the Liberty County Sherrif's Office for the offense of Aggravated Sexual Assault Against a Child. The case was dismissed on May 11, 2026.

b.  On January 29, 2014, the Defendant was convicted in the County Criminal Court at Law No. 10, in Harris County, Texas, for the offense of DWI BAC>=0.15, under case 194208901010. For this offense, a misdemeanor, the Defendant was sentenced to 30 days in the Harris County Jail.

c.  On October 16, 2008, the Defendant was convicted in the County Criminal Court at Law No. 3, of Harris County, Texas, for the offense of Assault-Family Member, under case 1555915. For this offense, a misdemeanor, the Defendant was sentenced to 50 days in the Harris County Jail.

d.  On December 08, 2005, the Defendant was convicted in the County Criminal Court at Law No. 5, of Harris County, Texas, for the offense of DWLS, under case 1343230. For this offense, a misdemeanor, the Defendant was sentenced to 4 days in the Harris County Jail.

On May 13, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney Lauren Valenti (713) 597-0997 accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a).

Jeremiah Jensen
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 13th day of May 2026, and I find probable cause.

Hon. Christina Bryan
United States Magistrate Judge
Southern District of Texas